UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
MAX KELLERMAN,

                Plaintiff,                                  Civ. Action No. 08-5295(RJH)

vs.

JON LIEBMAN,

                Defendant.
------------------------------------------------------------------------ X

## CERTIFICATE OF SERVICE

        I hereby certify that on the 10th day of June, 2008, I caused a true and correct copy of the attached Notice of Removal by Defendant Jon Liebman, dated June 10, 2008, to be served upon:

**By Hand Delivery**
Judd Burstein
JUDD BURSTEIN, P.C.
1790 Broadway Avenue, Suite 1501
New York, NY 10019
(212) 974-2400

                                                                    _____
                                                                    Rodman K. Forter
                                                                      (RF-4711)