UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X
   :
MAX KELLERMAN,  : Electronically Filed
   :
               Plaintiff,  : CIVIL ACTION NO.:
   :
v.  : CV-08-5295 (RJH)
   :
JON LIEBMAN,  : ECF CASE
   :
               Defendant.  :
   :
------------------------------------------------- X

## CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of July, 2008, I caused a true and correct copy of the attached Notice of Motion to Dismiss and Memorandum of Points and Authorities by Defendant Jon Liebman, dated July 3, 2008, to be served upon:

**By Hand Delivery**
Judd Burstein
JUDD BURSTEIN, P.C.
1790 Broadway Avenue, Suite 1501
New York, NY 10019
(212) 974-2400

                                               Rodman K. Forter (RF-4711)