UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Max Kellerman,

                Plaintiff,        08 cv 5295 (RJH)

  - against –                MOTION TO ADMIT COUNSEL

Jon Liebman,                      PRO HAC VICE

                Defendant.

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Herbert M. Wachtell, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Christina T. Shay |
| Firm Name: | Wachtell, Lipton, Rosen & Katz |
| Address: | 51 West 52nd Street |
| City/State/Zip: | New York, NY 10019 |
| Phone Number: | (212) 403-1000 |
| Fax Number: | (212) 403-2000 |

Christina T. Shay is a member in good standing of the Bar of the State of Illinois.

There are no pending disciplinary proceeding against Christina T. Shay in any State or Federal court.

Dated:        July 1, 2008
City, State:  New York, New York

                                                    Respectfully submitted,

                                                    _____

| | |
|---|---|
| Sponsor's SDNY Bar | (HW-3747) |
| Firm Name: | Wachtell, Lipton, Rosen & Katz |
| Address: | 51 West 52nd Street |
| City/State/Zip: | New York, NY  10019 |
| Phone Number: | (212) 403-1000 |
| Fax Number: | (212) 403-2000 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Max Kellerman,

                        Plaintiff,        08 cv 5295 (RJH)

    - against –                          AFFIDAVIT OF
                                               HERBERT M. WACHTELL
Jon Liebman,                             IN SUPPORT OF MOTION
                                               TO ADMIT COUNSEL
                      Defendant.      PRO HAC VICE

---

STATE OF NEW YORK    )
                                ) ss:
COUNTY OF NEW YORK  )

Herbert M. Wachtell, being duly sworn, hereby deposes and says as follows:

1. I am a member of the firm of Wachtell, Lipton, Rosen & Katz, counsel for defendant in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of defendant's motion to admit Christina T. Shay as counsel pro hac vice to represent defendant in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law on January 5, 1955. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Christina T. Shay since she joined our firm earlier this year.

4. Ms. Shay is an associate at Wachtell, Lipton, Rosen & Katz and is working with me on this matter.

5. I have found Ms. Shay to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Christina T. Shay, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Christina T. Shay, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Christina T. Shay, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: July 1, 2008

City, State: New York, New York

Notarized: *[signature]*

TONI CLARK
Notary Public, State of New York
No. 31-4712025
Qualified in New York County
Commission Expires December 31, 2010

Respectfully submitted,

*[signature]*

Name of Movant: HERBERT M. WACHTELL
SDNY Bar Code: HW-3747

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Christina T. Shay

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on October 6, 2006 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, July 02, 2008.

*Juleann Hornyak*
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Max Kellerman,

                              Plaintiff,                  08 cv 5295 (RJH)

    – against –                                  **ORDER FOR ADMISSION**
                                                            **PRO HAC VICE**
Jon Liebman,                                         **ON WRITTEN MOTION**

                                Defendant.
_____

Upon the motion of Herbert M. Wachtell, attorney for Jon Liebman and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Christina T. Shay |
| Firm Name: | Wachtell, Lipton, Rosen & Katz |
| Address: | 51 West 52nd Street |
| City/State/Zip: | New York, NY 10019 |
| Telephone/Fax: | (212) 403-1131  (212) 403-2000 |
| Email Address: | CTShay@wlrk.com |

is admitted to practice pro hac vice as counsel for Jon Liebman in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov</u>. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July __, 2008
       New York, NY

                                                  _____
                                                  United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
:
MAX KELLERMAN,                        :
                                      :
                 Plaintiff,           :   CIVIL ACTION NO.:
                                      :
        v.                            :   CV-08-5295 (RJH)
                                      :
JON LIEBMAN,                          :   ECF CASE
                                      :
                 Defendant.           :
                                      :
------------------------------------- X

## CERTIFICATE OF SERVICE

    I hereby certify that on the 3rd day of July, 2008, I caused a true and correct copy of the attached Motion for Admission Pro Hac Vice by Defendant Jon Liebman, dated July 3, 2008, to be served upon:

**By Hand Delivery**
Judd Burstein
JUDD BURSTEIN, P.C.
1790 Broadway Avenue, Suite 1501
New York, NY 10019
(212) 974-2400

                                                   _____
                                                   Rodman K. Forter (RF-4711)