UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAX KELLERMAN,

                *Plaintiff*,

   – against –                         Case No.: 08-CV-05295 (RJH)

JON LIEBMAN,                        **NOTICE OF APPEARANCE**

                *Defendant*.
------------------------------------------------------------X

       **PLEASE TAKE NOTICE,** that Judd Burstein, P.C. appears in this action as attorneys for

Plaintiff Max Kellerman.

Dated: New York, New York
      July 8, 2008

                                      Respectfully submitted,

                                      JUDD BURSTEIN, P.C.

                                      By_____
                                         Judd Burstein (JB-9585)
                                  1790 Broadway, Suite 1501
                                  New York, New York 10019
                                  (212) 974-2400
                                  (212) 974-2944
                                  jburstein@burlaw.com