UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/08

Max Kellerman,

                          Plaintiff,          08 cv 5295 (RJH)

- against -

                                      **ORDER FOR ADMISSION**
                                      **PRO HAC VICE**

Jon Liebman,                                       **ON WRITTEN MOTION**

                          Defendant.

Upon the motion of Herbert M. Wachtell, attorney for Jon Liebman and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Christina T. Shay |
| Firm Name: | Wachtell, Lipton, Rosen & Katz |
| Address: | 51 West 52nd Street |
| City/State/Zip: | New York, NY 10019 |
| Telephone/Fax: | (212) 403-1131  (212) 403-2000 |
| Email Address: | CTShay@wlrk.com |

is admitted to practice pro hac vice as counsel for Jon Liebman in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July 8, 2008
       New York, NY

                                                    United States District/Magistrate Judge