# WACHTELL, LIPTON, ROSEN & KATZ

51 WEST 52ND STREET

NEW YORK, N.Y. 10019-6150

TELEPHONE: (212) 403-1000
FACSIMILE: (212) 403-2000

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)

OF COUNSEL

WILLIAM T. ALLEN   LEONARD M. ROSEN
PETER C. CANELLOS   MICHAEL W. SCHWARTZ
THEODORE GEWERTZ   ELLIOTT V. STEIN
KAREN G. KRUEGER   J. BRYAN WHITWORTH
THEODORE A. LEVINE   AMY R. WOLF
ALLAN A. MARTIN

COUNSEL

MICHELE J. ALEXANDER   ELAINE P. GOLIN
ADRIENNE ATKINSON   PAULA N. GORDON
ANDREW J.H. CHEUNG   NANCY B. GREENBAUM
DAMIAN G. DIDDEN   MAURA R. GROSSMAN
PAMELA EHRENKRANZ   IAN L. LEVIN
ROBERT A. FRIEDMAN   HOLLY M. STRUTT

July 30, 2008

BY FAX

Hon. Richard J. Holwell
United States District Judge
U.S. District Court for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

Re: *Kellerman v. Liebman*,
No. 08 Civ. 5295 (RJH)

Dear Judge Holwell:

    We represent defendant Jon Liebman in the above-captioned action. We respectfully submit this letter to the Court as provided by the Court's Individual Practices. The parties have reached an agreement in principle as to the resolution both of the California proceedings and this action and are engaged in documenting the agreement. Counsel for the parties have agreed to extend the time to file and serve reply papers on the pending motion to dismiss to August 28, 2008. The Court has previously granted extensions from the original date of July 15, 2008 to July 22, 2008 and from July 22, 2008 to August 4, 2008. We respectfully request that the Court grant this agreed-upon extension.

SO ORDERED

[signature]
USDJ 7/31/08

Respectfully,

[signature]
Christina T. Shay

WACHTELL, LIPTON, ROSEN & KATZ

Hon. Richard J. Holwell
July 30, 2008
Page 2

cc:   Judd Burstein (by hand)