UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MAX KELLERMAN,

                              *Plaintiff,*

          – against –                                    Case No.: 08-CV-05295 (RJH)

JON LIEBMAN,                                             **NOTICE OF DISMISSAL**
                                                        **WITH PREJUDICE**

                              *Defendant.*
-------------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, Plaintiff MAX KELLERMAN hereby dismisses all claims with prejudice and without

costs and disbursements.

Dated: New York, New York
       August 27, 2008

                                        JUDD BURSTEIN, P.C.


                                        By:_____
                                             Judd Burstein, Esq. (JB-9585)
                                        1790 Broadway, Suite 1501
                                        New York, New York 10019
                                        Tel.:   (212) 974-2400
                                        Fax:    (212) 974-2944