UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MAX KELLERMAN,

                *Plaintiff*,

  – against –

JON LIEBMAN,

                *Defendant*.

-------------------------------------------------------------X

Case No.: 08-CV-05295 (RJH)

**NOTICE OF DISMISSAL**
**WITH PREJUDICE**

[Stamp: RECEIVED AUG 28 2008 CHAMBERS OF RICHARD J. HOLWELL]

[Stamp: COURTESY COPY]

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff MAX KELLERMAN hereby dismisses all claims with prejudice and without costs and disbursements.

Dated: New York, New York
        August 27, 2008

JUDD BURSTEIN, P.C.

By: _____
Judd Burstein, Esq. (JB-9585)
1790 Broadway, Suite 1501
New York, New York 10019
Tel.:  (212) 974-2400
Fax:  (212) 974-2944

SO ORDERED
[signature]
USDJ
9/3/08

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ____ DATE FILED: 9/3/08]